NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LEVI STRAUSS & CO.,**
*Plaintiff-Appellee*

**v.**

**AQUA DYNAMICS SYSTEMS, INC.,**
*Defendant-Appellant*

_____

2021-1871

_____

Appeal from the United States District Court for the Northern District of California in No. 3:15-cv-04718-WHO, Judge William H. Orrick, III.

_____

**JUDGMENT**

_____

ROBERT A. MCFARLANE, Hanson Bridgett LLP, San Francisco, CA, argued for plaintiff-appellee. Also represented by ROSANNA GAN, JOSEPHINE KENDRA PETRICK, GARY A. WATT.

JAMES LEE MICHAELS, Browne George Ross O'Brien Annaguey & Ellis LLP, Los Angeles, CA, argued for defendant-appellant. Also represented by ERIC C. LAURITSEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PLAGER and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 6, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court